## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

REVA STUART,

        Plaintiff,

vs.

PENN CREDIT CORPORATION,

        Defendant.

Civil File No. 14-CV-109

**NOTICE OF DISMISSAL
WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated:  April 17, 2014

By: /s/J. Mark Meinhardt
J. Mark Meinhardt, #53501
9400 Reeds Road, Suite 210
Overland Park, Kansas 66207
Telephone:     (913) 827-1950
Email:          meinhardtlaw@gmail.com
**ATTORNEY FOR PLAINTIFF**